PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **EASTERN** DISTRICT OF TEXAS
**LUFKIN** DIVISION

**Patrick Lee Duncan 547843**
Plaintiff's Name and ID Number

**GIB LEWIS**
Place of Confinement

9:21cv1 RC/KFG

CASE NO._____
(Clerk will assign the number)

v.

**Bobby Lumpkin, P.O.B. 99, Huntsville, Tx. 77342**
Defendant's Name and Address

**Director in Office, Standards & Accreditation Dept.**
**American Correction Association, 206 N. Washington, St., Suite 200, Alexandria, Virginia, 22314**
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: *February, 2020*
   2. Parties to previous lawsuit:
      Plaintiff(s) *Duncan*
      Defendant(s) *DAVID Gutierrez, Julie Morales, Anthony Ramirez, CHARLES SPEER*
   3. Court: (If federal, name the district; if state, name the county.) *Western district of Texas*
   4. Cause number: *5:14-cv-0092D/Civil ACTION NO. SA-19-CA-92D-FB*
   5. Name of judge to whom case was assigned: *Fred BIERY*
   6. Disposition: (Was the case dismissed, appealed, still pending?) *dismissed*
   7. Approximate date of disposition: *2020 MAY-August*

Rev. 05/15

ALSO EXHIBIT F-2

NOTICE: There was several grievances written on this issue at the same time.

**THE STATE OF TEXAS**

HAND ~~COPIED~~ ~~GRIEVANCE FORM~~

Offender Name: PATRICK DUNCAN    TDCJ # 547643
Unit: CONNALLY    Housing Assignment: 9-X-36
Unit where incident occurred: JOHN B. CONNALLY

| OFFICE USE ONLY |
|---|
| Grievance #: 2015171752 |
| UGI Rec'd Date: Aug 26 2015 |
| HQ Rec'd Date: Aug 31 2015 |
| Date Due: 9-30 |
| Grievance Code: 500 |
| Investigator ID #: 1722 |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** I am dissatisfied with the response at Step 1 because: This Step(1), was submitted du[e to] excessive serving of sack meals i.e. (Johnies). The use of sack meals per TDCJ policy are for institutional lock downs. FS-2.04 subject sack meals. Prisoners are informed by staf[f] that shortage of security staff, that is why we are being fed sack meals. The constant feedin[g] of sack meals deprive prisoners of nutrients needed to stay active and helthy. Policy states "A variety of food items to insure that nutritional need are being meet." TDCJ do not place vegetables or other fruit items in sack meals. The only fruit items provided are prunes or raisins. Their are no varieties to choose from. Warden Ramirez response would be accurate if they are providing wholesome and nutritious meals, not sack meals. This constant practice of serving sack meals in place of wholesome and nutritious ones can not be comparde as one and the same. Example: Breakfast meal wholesome and nutritious: (2) Fried eggs, (2) Biscuits, ½ cup cooked oats, ½ cup canned fruit, 1 Tbsp. Jelly or margarine, and (1) cup of milk, or breakfast drink, or coffee. Example: Breakfast sack meal: (1) Fried egg, (1) biscuit, (1) Peanut butter and jelly sandwhich, and (1) cup of milk opt. not daily. There is no comparision of these (2) meals. Warden Ramirez's statement is consistant with the serving wholesome and nutritious meals. The complaint states prisoners are receiving sack meals 75% of the 30 day cycle. There is no denying the facts presented, because cook work sheet, computer scanning of prisoners Id cards will indicate we are served sack meals 75% of the time, not wholesome and nutrious ones. I pray the practise will be discontinued, due to whatever alleged reasoning. This practice is endangering prisoners physical and mental health. In closing it is the units administrations job and moral responsibility to ensure that this situation is

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

corrected, not covered up with a blanket respon. This is our only way of Addressing This injustice, without seeking redress from outside sources...

**Offender Signature:** Patrick Lee Duncan   **Date:** 8-26-2015

**Grievance Response:**
YOUR COMPLAINT HAS BEEN NOTED AND WAS APPROPRIATELY ADDRESSED AT STEP ONE. IN ACCORDANCE TO TX GOVERNMENT CODE 501.003 FOOD. THE DEPARTMENT SHALL ENSURE THAT INMATES HOUSED IN FACILITIES OPERATED BY THE DEPARTMENT ARE FED GOOD AND WHOLESOME FOOD, PREPARED UNDER SANITARY CONDITIONS; AND PROVIDED IN SUFFICIENT QUANTITY AND REASONABLE VARIETY. THERE IS NO EVIDENCE THAT THE CONNALLY FOOD SERVICE DEPARTMENT IS IN NON-COMPLIANCE OR HAS VIOLATED TDCJ POLICY. NO FURTHER ACTION WARRANTED.

E. GARZA, ASSISTANT REGION IV DIRECTOR

**Signature Authority:** Erin Jaya   **Date:** 9/10/15

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: ____ |
| Date UGI Recd: ____ | |
| Date CGO Recd: ____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: ____ | |
| Date Returned to Offender: ____ | |
| **2nd Submission** | CGO Initials: ____ |
| Date UGI Recd: ____ | |
| Date CGO Recd: ____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: ____ | |
| Date Returned to Offender: ____ | |
| **3rd Submission** | CGO Initials: ____ |
| Date UGI Recd: ____ | |
| Date CGO Recd: ____ | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: ____ | |
| Date Returned to Offender: ____ | |

I-128 Back (Revised 11-2010)   Appendix G

EXHIBIT F-6

PLEASE SEE EXHIBIT F-5 STEP 1 (SYSTEMATIC SHORTAGE OF SECURITY STAFF)

MAY-31-2017

**Department of Criminal Justice**

# STEP 2

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2017081591
UGI Recd Date: MAR 13 2017
HQ Recd Date: MAR 17 2017
Date Due: 4-22
Grievance Code: 506

Offender Name: PATRICK DUNCAN     TDCJ# 547843
Unit: CONNALLY     Housing Assignment: 3-C-29-B
Unit where incident occurred: JOHN B. CONNALLY

GRIEVANCE CODE ↑ IS FALSIFYED!

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because... ANSWER REVEALS INTENTIONAL FALSIFICATION OF STATE DOCUMENTS GRIEVANCE INVESTIGATOR I-1733, DIRECTOR BRYAN COLLIER AND WARDEN JUAN M. GARCIA. A VIOLATION OF (TEXAS PENAL CODE §37.09,37.10). The ANSWER ALSO SHOWS INTENTIONAL CHAIN CONSPIRACY BY INVESTIGATOR I-1733, DIRECTOR COLLIER AND WARDEN GARCIA. The CODE IS INTENTIONALLY FALSIFYED TO REFLECT Code 506 (Temp/Ventilation). This GRIEVANCE IS ABOUT CODE 812 REPRISAL AND RETALIATION. A VIOLATION OF (TEXAS PENAL CODE §39.02). THE ANSWER DIRECTOR COLLIER STATED IS A FOOD ISSUE WHICH HAS NOTHING TO DO WITH ITS RETALIATION ISSUE OR THE FALSE CODE 506 TEMP/VENTILATION. A VIOLATION OF TEXAS PENAL CODE 39.03. WARDEN GARCIA PUT HIS SIGNITURE ON THIS IN FULL AGREEMENT WITH THIS CHAIN CONSPIRACY, PROVING ALL THREE ARE IN VIOLATION OF (TEXAS PENAL CODES §39.02, 39.03 AND 39.04). I CLEARLY MADE A CLAIM OF RETALIATION ON ME AND OTHERS FOR ME WRITING SENATOR WHITMIRE. IN ADDITION I SUFFERED FURTHER RETALIATION AND PUNISHMENT BY STRIPING ME OF MY DORM PRIVELAGE 2 DAYS AFTER THIS GRIEVANCE. THEN MOVED AGAIN ON 2/31/17. I WAS PUT IN THE CELL WITH EZRA LEE WILLIAM #1782694. HE IS A SCHIZO-PHRENIA PATIENT THAT IS 15 YEARS YOUNGER THAN ME. I HAVE A CRIME AGAINST A BLACK PERSON. 2 PEOPLE HAS KILLED THEIR CELL PARTNER ON THIS UNIT-THIS YEAR. MS. LORRAINE L. SALAS INVESTIGATOR II OPENLY ADMITTED THAT THIS GRIEVANCE IS THE REASON I WAS MOVED FROM 19-X-36 (DORM). A VIOLATION OF (TEXAS PENAL CODE §39.04, 36.06) AND HARRASSING AND RETALIATING ON ME FOR PURSUING LEGAL ACTIVITIES IN VIOLATION OF (Tx. PENAL CODE §36.05) TAMPERING WITH A WITNESS. SEE: SPICER V. COLLINS, 9 F. Supp. 2d 673. MY 2 WITNESSES FOR ME BEING MOVED IN RETALIATION ARE CHARLES R. ANDRUS #1249902 AND MARIO L. MARTINEZ #339106. IN ADDITION TO THE RELIEVE I ASK FOR IN STEP 1, MAY I PLEASE MOVE BACK TO THE DORMS?

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix G

_____
_____
_____
_____

Offender Signature: *Patrick Duncan*  Date: 3/13/2017

Grievance Response:

SUBMIT ONE ISSUE PER GRIEVANCE. YOUR COMPLAINT HAS BEEN NOTED AND WAS APPROPRIATELY ADDRESSED IN STEP ONE. NO FURTHER ACTION WARRANTED.

P. CHAPA, ASSISTANT REGIONAL DIRECTOR

Signature Authority: [signature]  Date: 04-14-2017

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

**Initial Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**   CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ____Screened ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                  Appendix G



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| UGI Recd Date: _____ |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name:_____ TDCJ #_____

Unit: _____ Housing Assignment: _____

Unit where incident occurred: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

PLAINTIF Duncan intends to show This court (by an overwhelming preponderance of evidence [Please see Exhibits M-1, M-2, M-3, M-4, M-5, M-6] That plaintiff did everything he could To exhaust state remedy, This includs contacting O.I.G.). This was sexual assult # SA-201205062-00001. These acts are prejudice to Duncans' First and FOURTEENTH AMENDMENT rights.

AFFIDAVIT

Pursuant To Tittle 6, Texas civil practice and remedies code, section 132.001 I PATRICK LEE DUNCAN #547843 am presently incarcerated at GIB LEWIS UNIT, county of Tyler and I declare under penality of purjury that The foregoing affidavit is True and correct pursuant To Tittle 28 U.S.C.A. sec:1746 executed 19th day oF November 2020.

PATRICK LEE DUNCAN
T.D.C.J. 547843
*Patrick Lee Duncan*
S.S. 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

---

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

II. PLACE OF PRESENT CONFINEMENT: GIB LEWIS Prison

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: PATRICK LEE DUNCAN, 777 FM 3497, Woodville, Texas, 75990

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bobby LUMPKIN, Director, P.O. Box 99 HUNTSVILLE, Texas, 77340

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. KNOWINGLY, Wrongfully excepting accreditation by A.C.A. While TDCJ is 3500 security staff short AMERICAN CORRECTIONAL ASSOCIATION - current office holder

Defendant #2: DIRECTOR, 206 N. WASHINGTON ST. Suite 200, ALEXANDRIA, VIRGINA, 22314

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. SYSTEMATICLY REACCREDATING T.D.C.J AFTER MURDERS ect., KNOWINGLY THE SYSTEM IS 3500 SECURITY STAFF SHORT.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. #1 On Eastham in 1990 I was forced into sexual servitude by inmate Darrel Gray. He sold me to Jausha Brown in 1991 for sexual servitude. Warden Charley Martin found out and locked Brown up. This happened to me due to shortage of security staff.

#2 On Connally we ate sandwhiches with very little vegetables for most of 6 years and no recreation, from 2010-2017. I am now a border line diabetic due to shortage of security staff.

#3 There is 3-5 deaths in most all Texas prisons each year due to shortage of security staff. A.C.A. provides the union platform to obsolve T.D.C.J. of their responsibilities in the killings, deaths, gang rapes, big drug busts, ect... ect...

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Request preliminary injunction against A.C.A. to block accreditation of all Texas prisons (T.D.C.J.) until all legal issues are resolved? Request Jury Trial for nominal, compensatory, and punitive damages? Request class action against A.C.A. & T.D.C.J. I.D.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases. PATRICK LEE DUNCAN, HARLEY DUNCAN

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. T.D.C.J. I.D. PATRICK LEE DUNCAN 547843 ODL. 127612

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 11-1-2020
DATE

PATRICK LEE DUNCAN
*Patrick Lee Duncan*
(Signature of Plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____1st____ day of __NOVEMBER__, 20 _20_.
       (Day)                (month)              (year)

PATRICK LEE DUNCAN
*Patrick Lee Duncan*
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PATRICK LEE DUNCAN, PLAINTIFF
V.                                                      COMPLAINT
BOBBY LUMPKIN T.D.C.J. DIRECTOR,       Civil Action No.
AMERICAN CORRECTIONAL ASSOCIATION
DIRECTOR of STANDARDS & ACCREDITION
                    DEFENDANT

## I. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 To redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The EASTERN DISTRICT is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where some of the events giving rise to this claim occured.

## II. PLAINTIFFS

3. Plaintiff, Patrick Lee Duncan, is and was at all times mentioned herein a prisoner of the state of Texas in the custody of the Texas Department of Criminal Justice. He is currently confined in the GIB Lewis prison, in Woodville, Texas.

## III. DEFENDANTS

4. Defendant, BOBBY LUMPKIN is the director of the state of Texas Department of Criminal Justice. He is legally responsible for the overall operation of the department and each institution

PAGE 1

under its jurisdiction, including GIB LEWIS prison.

5. Defendant (director _____ is the Superintendent of American Correctional Association, STANDARDS & Accreditation Department. He/she is Legally responsible for the operation of accreditation of all Texas Department of Criminal Justice prisons and for the welfare of all the offenders in that prison system, and all states' prisons systems.

6. Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under the color of state and federal law.

## III. FACTS

7. I was forced into sexual servitude with/by Deirl GRAY on Eastham, in P-Line. This took place in July 1990 and went on until about October 1991. I was then sold to Jausha Brown on 8 dorm, for $65.00. This sexual servitude went on until about January-Febuary 1992. Warden Charlie Martin found out about these horrable acts being done to me and locked Brown up. This claim was submitted by LAMbdA Legal, Melinda Mckew, Legal Assistant, on July 28, 2016; To Lynne Sharp P.R.E.A. Ombudsman. Sexual Assult Number SA-201205 062-00001. These horrable acts was done and created by callous deliberate indifference to unsafe living and working conditions due to cronic shortage of security staff. The same systematic cronic shortage of security staff continues to this day, under the watchful eye of The AMERICAN CORRECTIONAL ASSOCIATION, with the systematic reaccredition that follows every murder, every big drug bust ect... ect...

8. Sometime in the 2ND week of May-2020, guards beat an offender almost to death on Stills unit. He was then smugled over to Gib Lewis where he died in High Security - H-POD #106, I ASKED

PAGE 2

## CONTINUED STATEMENT OF FACTS

For May 14, 2020. I ask my Legal (A.C.L.U.) to ask for F.B.I. investigation for this murder and an assisted suicide of Conrad Tovar, found dead on Gib Lewis, HIGH SECURITY, F-POD, January 6, 2020. No Texas Rangers were ever called that I could find out about.

9. All murders, rapes, gang beatings are investigated by Office of Inspector General, (State police that work for, and get paid by T.D.C.J.-I.D.). State Law requires 30 minute welfare checks, shown by suicidal acts.

10. Acording to the Texas prison news paper (The ECHO) in early 2020, Lori Davis (then director) stated that last year, there was some 36000 incedents last year, murders, gang rapes, big drug busts.

11. As I write this, November 1, 2020, only 5 officers showed up for work today at Gib Lewis, morning shift.

12. When we file grievance for recreation, or I ask for a security audit. T.D.C.J. systematicly shuffles officers from other units to make it look properly staffed. The audits are done and accounted for by the O.I.G. cameras. For a week or so we'll get recreation, until the audit is over, (after a few pictures of convicts on the recreation yard), the audit is over. Where upon T.D.C.J. immediately goes right back to the same thing.

13. On Connally unit, January 21, 2017, 13 gang members raped 1 offender on 8 building, J-Pod. 12 were procuted. On January 23, 2017, A.C.A. started the "Prison Rape ELIMINATION ACT" (P.R.E.A.) Audit. On January 25, 2017, A.C.A. ruber stamped the Connally unit as P.R.E.A. complint, Although there was 13 rape suspects locked up right under their noses.

14. On ~~Legal claims~~ Connally we ate cold sandwiches (peanut Butter & Jelly and ground meat) for most of 6 years. Due to shortage of security of staff. I am a borderline diabetic, because of the same diet every day and the combination of

PAGE 3

CONTINUED STATEMENT OF FACTS

no recreation, and what the T.D.C.J. staff done to me and ever other offender there for 6 years. O.I.G. had full knowledge of this continued act. A.C.A. had full knowledge of these continued acts.

15. Me and alot of other offenders has tried to fix this problems through grievances & even step 3 ombudsmans investigations. Offenders call home and outside lawers, but every time T.D.C.J. goes right back to the same thing.

16. Exhibits A through M-6 are Duncan's declarations of personal knowledge, grievances, and general prison knowledge.

## V. EXHAUSTION OF LEGAL REMEDIES

17. Plaintiff Duncan used the prisoner grievance procedure available at Connally & Gib Lewis to try and solve the problem. Plaintiff Duncan has presented the facts relating to this complaint, "Shortage of Security Staff." All grievances are always denied & or falsly mis coded, to reflect a different issue.

## VI. LEGAL CLAIMS

18. Plaintiffs reallege and incorporate by reference paragraphs 1-18.

19. The sexual servitude Plaintiff Duncan was forced into was created by unsafe living and working invioroments due to reckless disregard or callous deliberate indifference, totaling one main theme "SYSTEMATIC SHORTAGE OF SECURITY STAFF."

20. The cronic health problems Plaintif Duncan is now faced with (Heart disease, High Blood Presure, Borderline Diabetic) was created by unsafe living and working conditions, created by evil motive or intent as it involves reckless disregard or callous deliberate indifference to my saftey and health.

CONTINUED Legal CLAIMS

Once again This involves one MAIN Theme "SYSTEMATIC CRONIC shortage of security STAFF", for many years now. This violated plaintiff Duncan's rights and constituted cruel, and unusual punishment under The EIGHTH, and equal protection of The FOURTEENTH, and Free exercise clause of The FIRST AMENDMENT To the UNITED STATES CONSTITUTION.

21. The plaintiff has no plain, adequate or complete remedy at law To redress The wrongs described herein. Plaintiff has been and will continue To be irreparable injured by The conduct of The defendants unless This court grants The declaratory and injunctive relief which plaintiff seeks.

VII. PRAYER For Relief

Wherefore, plaintiff respectfully prays That This court enter judgment granting plaintiff:

22. A declaration That The acts and omissions described herein violated plaintiff's rights under The Constitution and Laws of The UNITED STATES.

23. A preliminary and permanent injunction ordering defendants of T.D.C.J.-I.D. directors, AND A.C.A. MAIN supervisors in standards and accreditation dept. (in Alexandra, Virgina) To halt all accredition of Texas prisons until T.D.C.J.-I.D. meets or exceeds 85% of everything in The A.C.A. handbook, comes into compliance with Texas STATE LAW (1) refurbish buildings (MAINTAIN STATE PROPERTY), (2) Texas state law requires 30 minute welfare checks for prisoners exhibiting suicidal or bizarre behavior, (3) ~~soo~~ coupled with hiring 3500 perment security STAFF officers, (4) investigate all murders in T.D.C.J.-I.D. by Texas Rangers dating back To 2000.

24. Compensatory damages estimated by Jury & Judge against each defendant, jointly and severally.

PAGE 5

CONTINUED PRAYER OF RELIEF

25. Punitive damages estimated by Jury & Judge against each defendant.
26. A Jury Trial on All issues Triable by Jury.
27. Plaintiff's costs in This suit.
28. Please grant plaintiff's class action request.
29. Any additional relief This court deems just, proper, and equitable.

Dated: 12-15-2020

PATRICK LEE DUNCAN
547843
GIB LEWIS UNIT
777 FM 3497
Woodville, TEXAS
75990


VERIFICATION

I have read The Foregoing complaint and hereby verify That The matters alleged Therein are True, except as To matters alleged on information and belief, and as To Those, I believe Them To be True. I certify under penalty of perjury That The foregoing is True and correct.
 Executed at Woodvill, Texas on 12-15-2020

Patrick Lee Duncan
PATRICK LEE DUNCAN



PATRICK DUNCAN
547843
LEWIS UNIT
777 FM 3497
Woodville, Texas 75-990

SHREVEPORT LA 710
TUE 29 DEC 2020 PM

U.S. District Court
EASTERN DISTRICT OF TEXAS
104 N. Third Street
Lufkin, Texas 75901